# United States District Court
# Central District of California

| | |
|---|---|
| SAMUEL ZARIAN,<br><br>            Plaintiff,<br><br>     v.<br><br>NICK STOYAN; ANNA STOYAN; PURO SABOR PERUVIAN FOOD RESTAURANT, INC.; and DOES 1–10,<br><br>            Defendants. | Case No. 2:16-cv-08527-ODW(JEM)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 15), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than March 2, 2017**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 2, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**